**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| C.F., by and through his parent and guardian L.F., and L.B., by and through her parent and guardian, D.W., individually,<br><br>Plaintiffs,<br><br>v.<br><br>CHERYL STRANGE, in her official capacity as Secretary of the Washington State Department of Social and Health Services; DAVID SCHUMACHER, in his official capacity; and SUSAN BIRCH, in her official capacity as Director of the Washington State Health Care Authority,<br><br>Defendants. | NO. C16-1205 RSM<br><br>ORDER GRANTING MOTION TO EXTEND DEADLINES |

**ORDER**

The Court **GRANTS** the party's joint motion to extend two of the pre-trial scheduling deadlines in this case. The deadline for disclosure of expert witnesses and filing of their reports will be June 27, 2018. The deadline for the filing of discovery motions will be July 13, 2018. All other deadlines or dates in the Court's order setting trial dates, Dkt. 63, remains in full force.

/ / /

/ / /

/ / /

ORDER GRANTING MOTION TO
EXTEND DEADLINES
NO. C16-1205 RSM

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

**IT IS SO ORDERED**.

DATED this 16th day of May 2018.

                                                 *[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

ROBERT W. FERGUSON
*Attorney General*

_____
ANGELA COATS MCCARTHY, WSBA No. 35547
MARTIN E. WYCKOFF, WSBA No. 18353
KATHRYN KRIEGER, WSBA No. 47037
*Assistant Attorneys General*
Attorneys for Defendants Cheryl Strange and Susan Birch

Office of the Attorney General
7141 Cleanwater Drive SW
PO Box 40124
Olympia, WA 98504-0124
Telephone: (360) 586-6565
Fax: (360) 586-6657
E-mail: AngelaC3@atg.wa.gov
       MartinW@atg.wa.gov
       KathrynK1@atg.wa.gov

_____
CAMERON G. COMFORT, WSBA No.15188
Senior Assistant Attorney General
JESSICA FOGEL, WSBA No. 36846
Assistant Attorney General

Office of the Attorney General
7141 Cleanwater Drive SW
PO Box 40123
Olympia, WA 98504-0124
Telephone: (360) 753-5528

ORDER GRANTING MOTION TO
EXTEND DEADLINES
NO. C16-1205 RSM

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

| | |
|---|---|
| 1 | Fax: (360) 664-2023 |
| 2 | E-mail: CamC1@atg.wa.gov |
| 3 |         JessicaF1@atg.wa.gov |
| 4 | Attorneys for Defendant David Schumacher<br>Approved as to form: |

1 Fax: (360) 664-2023

2 E-mail: CamC1@atg.wa.gov
3       JessicaF1@atg.wa.gov

4 Attorneys for Defendant David Schumacher
Approved as to form:

5

6 _____

7 SUSAN KAS, WSBA No. 36592
DAVID CARLSON, WSBA No. 35767
SARA EATON, WSBA No. 46854
8 Disability Rights Washington
315 – 5th Ave. South, Suite 850
9 Seattle, WA 98104
Telephone: (206) 324-1521
10 Fax: (206) 957-0729
E-mail:   susank@dr-wa.org
11           davidc@dr-wa.org
          sarahe@dr-wa.org
12

13 _____

14 ANDREW S. BIVIANO, WSBA No. 38086
Paukert & Troppmann, PLLC
15 522 W. Riverside Avenue, Suite 560
Spokane, WA 99201
16 Telephone: (509) 232-7760
Fax: (509) 232-7762
17 Email: abiviano@pt-law.com

18 Attorneys for Plaintiffs

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION TO EXTEND DEADLINES
NO. C16-1205 RSM

3

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565